B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

Southern _____ District Of Indiana (Indianapolis)

In re Susan Marie Pugsley, Case No. 16-03880

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V-B | Kirkland Financial, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

AMIP Management
3020 Old Ranch Parkway, Suite 180
Seal Beach, CA 90740

Phone: (800) 931-2424
Last Four Digits of Acct #: 5884

Court Claim # (if known): 1-1
Amount of Claim: $54,018.73
Date Claim Filed: 06/17/16

Phone: 888-595-9536
Last Four Digits of Acct. #: 3508

Name and Address where transferee payments should be sent (if different from above):

FCI Lender Services
P.O Box 27370
Anaheim Hills, CA 92809

Phone: (800) 931-2424
Last Four Digits of Acct #: 5884

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle Ghidotti          Date: 07/23/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.