B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Southern _____ District Of Indiana _____

In re Susan Marie Pugsley          ,     Case No. 16-03880_____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1-1__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor

Wilmington Savings Fund Society, FSB D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V C/O FCI Lender Services

Name of Transferee

U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust

Address of Alleged Transferor:

AMIP Management
3020 Old Ranch Parkway, Suite 180
Seal Beach, CA 90740

Address of Transferee:

c/o SN Servicing
323 5th St Eureka CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                  _____
                                                **CLERK OF THE COURT**